On petitioner's petition for reconsideration filed April 29, and respondent's response to petition for reconsideration filed May 7, reconsideration allowed; prior disposition (227 Or App 506, 206 P3d 286) adhered to June 17, 2009

RAMON ARTURO ESCALDERON,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

Board of Parole and Post-Prison Supervision
A134364

210 P3d 929

Peter Gartlan, Chief Defender, and Elizabeth Corbridge Ranweiler, Deputy Public Defender, Legal Services Division, Office of Public Defense Services, for petition.

John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Kristen G. Williams, Assistant Attorney General, for response.

Before Edmonds, Presiding Judge, and Brewer, Chief Judge, and Sercombe, Judge.

PER CURIAM

**PER CURIAM**

Petitioner seeks reconsideration of our decision in *Escalderon v. Board of Parole and Post-Prison Supervision*, 227 Or App 506, 206 P3d 286 (2009), asserting that we improperly awarded costs to respondent. We allow reconsideration and, based on *Blacknall v. Board of Parole*, 223 Or App 294, 196 P3d 20 (2008), *rev allowed*, 346 Or 65 (2009), adhere to the original result in this case.

Reconsideration allowed; prior disposition adhered to.